# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL JOAQUIN MORALES,<br><br>Defendant. | Case No.:  20-CR-02374-CAB<br><br>**ORDER GRANTING THE UNITED STATES' MOTION TO DISMISS INFORMATION AND JUDGMENT OF DISMISSAL** |

On motion of the United States and with good cause shown,

IT IS HEREBY ORDERED the Information in the above entitled case is hereby dismissed without prejudice.  All previously pending dates are vacated and all pending motions are withdrawn.

**IT IS SO ORDERED.**

DATED:  12/11/2020

HON. CATHY ANN BENCIVENGO
UNITED STATES DISTRICT JUDGE